Henri de Kerillis, Appellant, v. Genevieve Tabouis et al., Respondents. (Appeal No. 1.) — Action to recover damages for breach of contract and to impress a trust upon certain securities. Order denying plaintiff's motion for the appointment of a receiver *pendente lite* of the shares of common stock of

the corporate defendant owned by the individual defendant affirmed, with $10 costs and disbursements. Order granting defendants' cross motion to dismiss the second cause of action as insufficient in law, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.